**Dismissed and Memorandum Opinion filed November 14, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00826-CV

## JAN R. MERKLIN, Appellant

## V.

## JOHN NOVA LOMAX AND HOUSTON PRESS, L.P., Appellees

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-19128**

## M E M O R A N D U M   O P I N I O N

According to information provided to this court, appellant filed a notice of interlocutory appeal from the trial court's order signed August 19, 2013, dismissing claims against two of the defendants named in the underlying suit. The clerk's record was due on or before September 30, 2013, but it has not been filed. *See* Tex. R. App. P. 35.1(b). On October 2, 2013, this court notified appellant that the clerk's record had not been filed. *See* Tex. R. App. P. 37.3(a)(1). No response

was filed.

In addition, our records show that appellant has neither established indigence nor paid the $195.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013) (listing fees in court of appeals); Tex. Gov't Code § 51.207 (same). On October 2, 2013, this court notified appellant that the filing fee was past due and the appeal was subject to dismissal unless the fee was paid by October 14, 2013. No response was filed.

The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record. On October 17, 2013, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment for the record or filed any other response to this court's notice.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Brown.